Macey & Aleman, P.C.
Jody A. Corrales
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jac@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Stacy Murphree<br>45401 W. Woody Rd.<br>Maricopa, AZ 85239<br><br>       Plaintiff,<br><br>v.<br><br>Jacobson & Associates<br>6000 North Bailey, Suite 2D<br>Amherst, NY 14226<br><br>       Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

**JURISDICTION AND VENUE**

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

**FACTS COMMON TO ALL COUNTS**

2. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3. Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4. At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6. Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7. On or around March 1, 2010, Defendant telephoned Plaintiff and left a voice message.

8. During this communication, Defendant failed to identify itself as a debt collector.

9. During this communication, Defendant falsely represented that there was a wage attachment against Plaintiff.

10. On or around March 1, 2010, Defendant telephoned Plaintiff.

11. During this communication, Defendant failed to identify itself as a debt collector.

12. During this communication, Defendant falsely represented itself as an investigator.

13. During this communication, Defendant falsely represented itself as the "Warrant Division."

14. During this communication, Defendant threatened to serve Plaintiff with a summons at Plaintiff's place of employment.

15. On or around March 1, 2010, Plaintiff telephoned Defendant.

16. During this communication, Defendant failed to identify itself as a debt collector.

17. During this communication, Defendant threatened to garnish Plaintiff's wages if the debt was not paid by the end of that day.

18. On or around March 12, 2010, Defendant telephoned Plaintiff and left a voice message.

19. During this communication, Defendant failed to identify itself as a debt collector.

20. During this communication, Defendant falsely represented that it was "attempting to serve notice of record" on Plaintiff.

21. During this communication, Defendant falsely represented that Plaintiff's social security number had been red flagged.

22. During this communication, Defendant falsely represented that there were several allegations pending against Plaintiff's social security number.

23. During this communication, Defendant falsely represented that if was formalizing paperwork to be filed against Plaintiff.

24. On or around March 25, 2010, Defendant telephoned Plaintiff and left a voice message.

25. During this communication, Defendant failed to identify itself as a debt collector.

26. During this communication, Defendant falsely represented that a claim had been filed against Plaintiff's name and social security number.

27. During this communication, Defendant falsely represented that Defendant would put a 24-hour "Stay of Claim" on the matter to allow Plaintiff time to contact Defendant.

28. During this communication, Defendant falsely represented that, if Plaintiff did not contact Defendant in 24 hours, Plaintiff would be "scheduled for an asset-liability search."

29. At the time of these communications, there was no lawsuit pending against Plaintiff.

30. At the time of these communications, Defendant had neither the intent nor ability to file a lawsuit against Plaintiff.

31. At the time of these communications, Defendant had neither the intent nor ability to serve Plaintiff with a summons.

32. At the time of these communications, Defendant had neither the intent nor ability to garnish Plaintiff's wages.

33. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

34. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

35. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

36. Defendant violated 15 U.S.C. §1692e in that it falsely represented the character, amount, and/or legal status of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

37. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

38. Defendant violated 15 U.S.C. §1692e in that it threatened action that could not legally be taken and/or that was not intended to be taken.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

39. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

40. Defendant violated 15 U.S.C. §1692e by making misrepresentations during its communications with Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

41. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

42. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

43. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

44. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b. For such other legal and/or equitable relief as the Court deems appropriate.

        RESPECTFULLY SUBMITTED,

        Macey & Aleman, P.C.

        By: */s/ Jody A. Corrales*
        Jody A. Corrales, Esq.
        101 N. First Ave., Suite 2400
        Phoenix, AZ 85003
        Tel: 602-279-1555
        Fax: 602-279-5544
        jac@legalhelpers.com
        *Attorney for Plaintiff*