IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stacy Murphree, | ) | No. CV-10-2015-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jacobson & Associates, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has received and considered Plaintiff's Response to Order to Show Cause and contemporaneously filed Notice of Voluntary Dismissal Without Prejudice. (Doc. ## 14, 15)

**IT IS ORDERED** that the Court's Order to Show Cause issued February 8, 2011, doc. 13, hereby **DISCHARGED**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to dismiss this matter in its entirety without prejudice.

DATED this 14th day of February, 2011.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge